UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-5516 FMO (JCGx) | Date | January 30, 2013 |
|---|---|---|---|
| Title | *Thomas Chitwood v. Target Corporation, et al.* | | |

| Present: The Honorable | **Jay C. Gandhi, United States Magistrate Judge** | | |
|---|---|---|---|
| Beatriz Martinez | None | | N/A |
| Deputy Clerk | Court Reporter / Recorder | | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: | |
| None | | None | |

**Proceedings:**   (IN CHAMBERS) ORDER DENYING WITHOUT PREJUDICE STIPULATED PROTECTIVE ORDER

The Court has reviewed and considered the parties' stipulated protective order. [*See* Dkt. Nos. 16-17.]

While the terms to which the parties have stipulated are generally acceptable, the Court cannot adopt the protective order "as is" for the following reasons:

1. Dispute Mechanism.  The protective order should be revised to clarify that, in the event of a dispute regarding the designation of confidential information or access to confidential information, (*see* Dkt. No. 17, Article III), the parties shall strictly follow the procedure for seeking judicial intervention for discovery disputes, which is set forth in Local Rule 37.

2. Filing Under Seal.  The protective order should be revised to clarify that, if confidential material is included in any papers to be filed in Court, (*see* Dkt. No. 17, Article V), such papers shall be accompanied by an application, pursuant to Local Rule 79-5.1, to file the papers – or the confidential portion thereof – under seal.  The application shall be directed to the judge to whom the papers are directed.  Pending the ruling on the application, the papers or portions thereof subject to the sealing application shall be lodged under seal.

3. Use in Court Proceedings.  The Court is unwilling to include in the protective order any provisions *in advance* relating to presentations at court proceedings or trial.  (*See* Dkt. No. 17, ¶ 2.)  The parties will need to take up

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-5516 FMO (JCGx) | Date | January 30, 2013 |
|---|---|---|---|
| Title | *Thomas Chitwood v. Target Corporation, et al.* | | |

        that matter with the judicial officer conducting the proceeding at the appropriate time.

4.     To expedite resolution of this issue, in any revised stipulated protective order, the parties shall include the following in the caption: "[Discovery Document: Referred to Magistrate Judge Jay C. Gandhi]."

**IT IS SO ORDERED**.

cc:     Parties of Record

                                                              00 : 00

                                              Initials of Preparer     bm