JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS CHITWOOD,<br><br>    Plaintiff,<br><br>    v.<br><br>TARGET CORPORATION, and DOES 1 through 100, Inclusive,<br><br>    Defendants. | CASE NO.  CV-12-5516 FMO (JCGx)<br>Honorable Fernando M. Olguin<br><br>[LOS ANGELES SUPERIOR COURT CASE NO. VC060945]<br><br>**ORDER OF DISMISSAL OF ACTION *WITH PREJUDICE***<br><br>Date Filed:        April 17, 2012<br>Date Removed:  October 9, 2012<br>Trial Date:         July 30, 2013 |

# ORDER

Upon the stipulation of the parties, and pursuant to Federal Rule of Civil Procedure 41, IT IS HEREBY ORDERED THAT: the Complaint filed by Plaintiff Thomas Chitwood against Defendant Target Corporation, this action, and all causes of action therein, is dismissed *with prejudice*.

IT IS SO ORDERED.

DATED: May 13, 2013

By: _____/s/_____.
Hon. Fernando M. Olgiun
Judge of the United States District
Court for the Central District
of California